

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12-20-19__

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

December 19, 2019

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

*ADJOURNED TO FRIDAY, JANUARY 31, 2020, AT 3:30PM.*

*SO ORDERED.*

*/s/ JGK*
*USDJ*
*12/19/19.*

Re:   Kevin Baldwin d/b/a M.O.P3 v. Audrey Ducasse p/k/a Melli and
      Interscope Records, Inc., 1:19-cv-08923 (JGK)

Dear Judge Koeltl:

We represent Defendant Interscope Records, Inc. ("Interscope") in the above-referenced litigation. We are writing on behalf of Interscope and Plaintiff, pursuant to Rule 1.E of Your Honor's rules, to request an adjournment of approximately three weeks of the initial conference presently scheduled in this case for January 8, 2020 at 10:30 a.m. There have been no previous requests to adjourn the conference. We have conferred with counsel for Plaintiff, and both sides would be available for a conference on January 29, January 30 or January 31 if any of those dates were convenient for the Court. (There has not yet been any appearance made for the other defendant in the case, Audrey Ducasse p/k/a Melli).

The adjournment is requested because we have only recently been retained in this matter and are in the process of familiarizing ourselves with the relevant factual background and analyzing the legal issues involved.

Respectfully,

*Richard S. Mandel*

Richard S. Mandel

cc: All Counsel of Record (via ECF)

30057/021/3396862