```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KEVIN BALDWIN,

                Plaintiff,        19cv8923 (JGK)

  - against -               **ORDER**

BLACKGROUND-INTERSCOPE RECORDS, LLC
et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-3-20

**JOHN G. KOELTL, District Judge:**

The parties should advise the Court about the status of this case by **February 14, 2020**.

**SO ORDERED.**

Dated:    New York, New York
           January 31, 2020

                                          John G. Koeltl
                                  United States District Judge