UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN BALDWIN,

                Plaintiff,

- against -

AUDREW DUCASSE, ET AL.,

                Defendants.

19-cv-8923 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 11, 2021 at 12:30 pm is adjourned until June 15, 2021 at 3:30 p.m.  Dial-in: (888) 363-4749, with access code 8140049.

    SO ORDERED.

Dated:    New York, New York
            June 10, 2021

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                           United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2021
```