UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN BALDWIN D/B/A M.O.P3,

              Plaintiff,

- against -

INTERSCOPE RECORDS, INC., ET AL.,

              Defendants.

19-cv-8923 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should submit a status report by **January 7, 2022**.

SO ORDERED.

Dated:    New York, New York
           December 21, 2021

                              /s/ John G. Koeltl
                              John G. Koeltl
                              United States District Judge