```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KEVIN BALDWIN D/B/A M.O.P3, | |
| Plaintiff, | 19-cv-8923 (JGK) |
| - against - | ORDER |
| INTERSCOPE RECORDS, INC., ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

On July 29, 2021, the Clerk of the Court issued a Certificate of Default as to the defendant Audrey Ducasse p/k/a Melii. This Court entered an Order to Show Cause why a Default Judgment should not be entered against Ducasse on January 28, 2022. The plaintiff served the defendant Ducasse with the Order and filed proof of service on February 2, 2022. Because the defendant Ducasse has failed to respond by the due date, the plaintiff is entitled to a default judgment as to Ducasse. The case is referred to the Magistrate Judge for an inquest with respect to the nature of the judgment to be entered.

SO ORDERED.

Dated:   New York, New York
         March 18, 2022

_____
John G. Koeltl
United States District Judge