UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEVIN BALDWIN,

                        **Plaintiff,**                         19-CV-08923 (JGK)(SN)

     -against-                                             **ORDER**

BLACKGROUND-INTERSCOPE
RECORDS LLC, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On March 18, 2022, the Honorable John G. Koeltl referred this case to my docket to conduct a damages inquest. ECF No. 101. On November 22, 2022, Plaintiff filed its Proposed Amended Findings of Fact and Conclusions of Law. ECF No. 123. In its concurrently filed certificate of service, Plaintiff indicated that it had mailed Defendant the papers in support of its Proposed Findings of Fact and Conclusions of Law on October 21, 2022. Id. at 21. However, as this date of service is before Plaintiff filed the Proposed Amended Findings of Fact and Conclusions of Law, Plaintiff is directed to indicate if and when service of the November 22, 2022 filing was made on Defendant. Plaintiff shall file this letter no later than February 8, 2023.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:      February 3, 2023
                New York, New York