**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2023
```

KEVIN BALDWIN, et al.,

                              Plaintiff,                         **19-CV-08923 (JGK)(SN)**

          -against-                                              **ORDER**

BLACKGROUND-INTERSCOPE RECORDS, LLC,

                              Defendant.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On August 1, 2023, Richard S. Mandel, counsel for UMG Recordings, Inc., informed the

Court that he had contacted Defendant Melii and informed her of the pending default motion in

this matter. She conveyed that she intends to defend herself in this lawsuit, find a lawyer to

represent her, and requested the Court to provide her with additional time to locate a lawyer who

can appear on her behalf.  Accordingly, the Court directs Melii to appear by counsel or pro se by

September 1, 2023. The Court reminds Melii that she can receive free legal counsel by

contacting the New York Legal Assistance Group's Pro Se Clinic at 212-659-6190.

The Court is grateful for counsel's assistance in this matter.

The Clerk of Court is requested to send a copy of this order to Melii through her

assistant at ruthhichez@gmail.com.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        August 2, 2023
              New York, New York