UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEVIN BALDWIN,

                          Plaintiff,                  19-CV-08923 (JGK)(SN)

     -against-                                ORDER

BLACKGROUND-INTERSCOPE
RECORDS LLC, et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephone conference is scheduled for Thursday, September 14, 2023, at 3:00 p.m. to discuss whether judgment should be entered in Plaintiff's favor and against Defendant Melii. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     New York, New York
                September 11, 2023