```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEVIN BALDWIN,

                                 Plaintiff,                           19-CV-08923 (JGK)(SN)

           -against-                                              **ORDER**

BLACKGROUND-INTERSCOPE
RECORDS LLC, et al.,

                                 Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 22, 2023, the Court issued an order directing the Plaintiff and Defendant Audrey Ducasse p/k/a Melii ("Melii") to file a letter brief addressing the forum selection clause of the Governing Law Provision of the parties' Recording Agreement. Plaintiff timely filed his response. ECF No. 133. By that same date, "Counsel for Audrey Ducasse" emailed the Court, with a copy to Plaintiff's counsel. That letter is attached as an exhibit to this order. Defendant "seek[s] the lawsuit's dismissal" so that the parties can "resolve any difference by arbitration and not a lawsuit."

       First, Counsel for Audrey Ducasse must file a notice of appearance forthwith. The Court cannot act on an informal letter emailed to chambers.

       Second, the parties are ORDERED to meet and confer in an effort to resolve this matter. Plaintiff's counsel has previously acknowledged Defendant's right to arbitrate this matter, ECF No. 40, and the Court sees no reason why fairness does not dictate that this matter be resolved pursuant to the terms of the Recording Agreement.

## CONCLUSION

By November 13, 2023, the parties shall file a joint letter on the status of this action. To the extent the parties intend to litigate the enforceability of the Governing Law Provision, the parties shall propose a reasonable briefing schedule. In the alternative, the parties may request a conference with the Court to facilitate an amicable resolution of this matter.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         October 11, 2023