UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BALDWIN,

                Plaintiff,

- against -

AUDREY DUCASSE, ET AL.,

                Defendants.

19-cv-8923 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The telephone conference scheduled for **December 11, 2023**, at **3:00 p.m.**, is rescheduled for **December 19, 2023**, at **11:00 a.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           December 7, 2023

                                      John G. Koeltl
                                United States District Judge