```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KEVIN BALDWIN,

        Plaintiff,

- against -

AUDREY DUCASSE, ET AL.,

        Defendants.

19-cv-8923 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

In view of the parties' decision to arbitrate, this case is dismissed without prejudice to reopening within thirty (30) days of the conclusion of arbitration.

SO ORDERED.

Dated: New York, New York
December 19, 2023

                                    John G. Koeltl
                            United States District Judge